

FILED

| NAME, ADDRESS & TELEPHONE NUMBER OF ATTORNEY(S) FOR, OR, PLAINTIFF OR DEFENDANT IF PLAINTIFF OR DEFENDANT IS PRO PER | |
|---|---|
| G. Thomas Martin, III, Esq. (SBN 218456)<br>PRICE LAW GROUP, APC<br>15760 Ventura Blvd., Suite 1100<br>Encino, CA 91436<br>T: (818) 907-2030  F: (866) 205-2730<br>tom@plglawfirm.com | 2012 MAR -8  PM 2: 59<br>CLERK U.S. DISTRICT COURT<br>CENTRAL DIST. OF CALIF.<br>LOS ANGELES<br><br>BY _____ |

ATTORNEYS FOR: Plaintiff

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| ROEDERICK MONTEMAYOR<br><br>                              Plaintiff(s),<br>v.<br><br>PIONEER CREDIT RECOVERY, INC.; and DOES 1 TO 10, inclusive,<br><br>                              Defendant(s) | CASE NUMBER:<br><br>CV 12 1974 JEM<br><br>CERTIFICATION AND NOTICE<br>OF INTERESTED PARTIES<br>(Local Rule 7.1-1) |
|---|---|

TO:   THE COURT AND ALL PARTIES APPEARING OF RECORD:

The undersigned, counsel of record for  ROEDERICK MONTEMAYOR
(or party appearing in pro per), certifies that the following listed party (or parties) may have a direct, pecuniary interest in the outcome of this case.  These representations are made to enable the Court to evaluate possible disqualification or recusal.  (Use additional sheet if necessary.)

**PARTY**                                                                                                  **CONNECTION**
(List the names of all such parties and identify their connection and interest.)

ROEDERICK MONTEMAYOR                                              Plaintiff

PIONEER CREDIT RECOVERY, INC.; and DOES 1 TO 10,     Defendants
inclusive,


03/02/2012                                                                           [signature]
Date                                                                                      Sign


G. Thomas Martin, III, Esq. (SBN 218456)
Attorney of record for or party appearing in pro per

---

CV-30 (04/10)                              NOTICE OF INTERESTED PARTIES