# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Roederick Montemayor,<br><br>Plaintiff(s),<br><br>v.<br><br>Pioneer Credit Recovery Inc.,<br><br>Defendant(s) | CASE NUMBER:<br><br>12-CV-01974-JEM<br><br>**NOTICE OF REASSIGNMENT TO DISTRICT JUDGE AND REFERRAL MAGISTRATE JUDGE**<br><br>**(For use in Direct Assignment of Civil Cases to Magistrate Judges Program only)** |

TO ALL COUNSEL/PARTIES APPEARING OF RECORD:

☑ Party(ies) has/have not submitted their statement of consent form to proceed before a U.S. Magistrate Judge within the time required by the Local Rules.

☐ Party declined to consent to the exercise of jurisdiction by the Magistrate Judge.

☐ A Motion or Application requiring immediate attention has been filed prior to the parties' consent to the exercise of jurisdiction by the Magistrate Judge.

☐ Other: _____

Pursuant to General Order 11-06 and for the reason stated above, this case is hereby randomly reassigned to the Honorable **Stephen V. Wilson**, United States District Judge, for all further proceedings.

Any discovery matters that may be referred to a Magistrate Judge are hereby randomly assigned to the Honorable **Michael R. Wilner**, United States Magistrate Judge.

On all documents subsequently filed in this case, please substitute the initials **SVW(MRWx)** after the case number in place of the initials of the prior judge, so that the case number will read **CV 12-01974 SVW(MRWx)**. All subsequently filed documents must reflect the new initials because documents are routed to the assigned judges by means of these initials.

Traditionally filed subsequent documents must be filed at the: ☑ Western ☐ Southern ☐ Eastern Division. Failure to file at the proper location will result in your documents being returned to you.

Clerk, U. S. District Court

Date: 05/01/2012

By: Robert R. Nadres
Deputy Clerk

*cc:* ☐ *Previous Magistrate Judge*