G. Thomas Martin, III, Esq. (SBN 218456)
**PRICE LAW GROUP, APC**
15760 Ventura Blvd., Suite 1100
Encino, CA 91436
T: (818) 907-2030; F: (818) 205-2730
tom@plglawfirm.com

Attorneys for Plaintiff,
ROEDERICK MONTEMAYOR

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROEDERICK MONTEMAYOR,<br><br>Plaintiff,<br><br>vs.<br><br>PIONEER CREDIT RECOVERY, INC.; and DOES 1 to 10, inclusive,<br><br>Defendants. | Case No.: **2:12-cv-01974-SVW-MRWx**<br><br>**VOLUNTARY DISMISSAL** |

<u>**VOLUNTARY DISMISSAL WITH PREJUDICE**</u>

Plaintiff, ROEDERICK MONTEMAYOR (hereinafter "Plaintiff"), by and through his attorneys, PRICE LAW GROUP APC, hereby voluntarily dismisses the above-entitled case with prejudice.

RESPECTFULLY SUBMITTED,

DATED: May 9, 2012          **PRICE LAW GROUP APC**


By: <u>/s/ G. Thomas Martin, III</u>
G. Thomas Martin, III
Attorney for Plaintiff

VOLUNTARY DISMISSAL

- 1 -

**PROOF OF SERVICE**

I am a resident of the State of California, County of Los Angeles; I am over the age of eighteen years and not a party to the within action; my business address is: 15760 Ventura Blvd. Suite 1100, Encino, CA 91436.

On May 9, 2012, I served on the interested parties in this action the within document(s) entitled: **VOLUNTARY DISMISSAL**

[ ]  **BY FAX: (C.C.P. § 1013(a),(e); CRC 2008)** - by transmitting via electronic facsimile number 818-995-9277 the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.; I also caused the fax machine to print such record(s) of the transmission.

[X]  **BY MAIL: (C.C.P. § 1013(a))** - by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Studio City, California addressed as set forth below. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[ ]  **BY OVERNIGHT MAIL (C.C.P. § 1013(c))** - By **FEDERAL EXPRESS**, following ordinary business practices for collection and processing of correspondence with said overnight mail service, and said envelope(s) will be deposited with said overnight mail service on said date in the ordinary course of business.

[ ]  **BY CERTIFIED MAIL, RETURN RECEIPT REQUESTED** – By placing true copy(ies) thereof in sealed envelope(s) with Certified Mail, Return Receipt Requested, postage thereon fully prepaid and by causing such envelope(s) to be deposited in the mail at 15760 Ventura Blvd., Suite 1100, Encino, CA 91436.

[ ]  **BY ELECTRONIC SERVICE (C.C.P. § 1010.6(a)(6))** - the parties listed below were served electronically with the document(s) listed above by e-mailed files on _____ _____, 2012.

[ ]  **BY E-FILE** – I caused such documents to be transmitted by e-file with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following:

| | |
|---|---|
| Dana W. Rhyne<br>Legal Assistant<br>Sallie Mae, Inc.<br>11501 Northlake Drive<br>Cincinnati, OH 45249 | |

[ ]  **STATE:** I declare under penalty of perjury, under the laws of the State of California, that the above is true and correct.

[X]  **FEDERAL:** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on May 9, 2012, at Encino, California.

PRICE LAW GROUP, APC

BY: _____
Azad Zanjani

PROOF OF SERVICE